# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

DONALD J. ROSS,                                    Case No. 18-cv-01187-DDD-KLM

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

        Defendant

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order [Dkt. 14], the parties submit their Joint Status Report.

There have been no settlement negotiations. The parties are interested in conducting mediation and are in the process of selecting a mediator and dates.

Further, in light of Judge Daniel's passing, the parties may seek leave to authorize the magistrate to exercise jurisdiction of civil matters pursuant to D.C.COLO.LCivR 72.2.

Dated: May 31, 2019                By*: s/ James K. Vucinovich*
                                                    James K. Vucinovich, # 027866
                                                    Rossi Vucinovich PC
                                                    1000 Second Avenue, Suite 1780
                                                    Seattle, WA 98104
                                                    Telephone: (425) 646-8003
                                                    FAX: (425) 646-8004
                                                    Email: jvucinovich@rvflegal.com
                                                    ATTORNEYS FOR PLAINTIFF

1

By: /s *Gina M. Rossi*
Keith M. Goman, #37769
Gina M. Rossi, #47145
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
gomank@hallevans.com
rossig@hallevans.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using CM/ECF System which will send notification of such filing to the following:

Keith M. Goman
Gina M. Rossi
M. Kelly Ledoux
Ayshan E. Ibrahim
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO 80202
gomank@hallevans.com
rossig@hallevans.com
ledouxk@hallevans.com
ibrahima@hallevans.com

Dated: May 31, 2019

*s/ Kimberly Hubbard*
Kimberly Hubbard, Paralegal

2